#### 20934. NUNNALLY *v.* THE STATE.

BROYLES, C. J. Under the facts of the case as disclosed by the record, the evidence set forth in the fourth ground of the motion for a new trial was admissible, and the court erred in excluding it. The remaining special grounds are without merit.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 19, 1930.

*J. W. Overstreet, J. S. Powell,* for plaintiff in error.
*W. G. Neville, solicitor-general,* contra.